UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA          :        21-mj-06037-DEA

                   vs.            :        ORDER APPOINTING FEDERAL
                                                PUBLIC DEFENDER
ANTONIO DELANEY                   :



The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown;  it is on this 6th day of October, 2021,

ORDERED that the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause, for the purposes of today's hearing, until further order of this court.




_____
**DOUGLAS E. ARPERT**
United States Magistrate Judge


cc:  Federal Public Defender