# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-6037 (DEA) |
| | : | |
| v. | : | ORDER FOR TEMPORARY |
| | : | MODIFICATION OF BAIL RELEASE |
| ANTONIO DELANEY | : | CONDITIONS |

THIS MATTER having been brought before the Court by defendant Antonio Delaney, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Christopher Matthews, Assistant United States Attorney) consenting, for an Order temporarily modifying Mr. Delaney's bail release conditions; and Pretrial Services having no objection; and

WHEREAS, bail release conditions were imposed by this Court on October 6, 2021, and

WHEREAS those bail conditions require 24-hour home detention with electronic monitoring, with permission for employment and other pre-approved absences; and

WHEREAS, Mr. Delaney, prior to his arrest, planned an engagement dinner party to propose to his fiancée, third-party custodian Daneshia Ruiz, on October 30, 2021; and

WHEREAS, Mr. Delaney is in compliance with his release conditions;

IT IS THE FINDING OF THIS COURT

On this  18th  day of October, 2021, that the bail conditions shall be temporarily modified as follows:

1. Mr. Delaney shall be permitted to go to the Applebee's restaurant located at 1183 NJ Route 35 in Middletown, NJ, on October 30, 3021 from 6:30-10:00 p.m.; and

2. Mr. Delaney shall be accompanied by third party custodian Daneshia Ruiz at all times; and

3. Mr. Delaney shall travel directly to and from his residence and the restaurant and shall make not other detours or stops in either direction.

4. All other conditions shall remain the same.

_____
Douglas E. Arpert
United States Magistrate Judge