UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Douglas E. Arpert |
| | : | Mag. No. 21-6037 |
| v. | : | |
| | : | CONSENT ORDER FOR |
| Antonio Delaney | : | TEMPORARY MODIFICATION OF |
| | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Antonio Delaney, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Christopher Matthews, Assistant United States Attorney) consenting, for an Order temporarily modifying Mr. Delaney' bail release conditions; and Pretrial Services (by Edna Galarza, Pretrial Services Officer), having no objection, and

WHEREAS, bail release conditions were imposed on October 6, 2021 by this Court; and

WHEREAS those bail conditions require, among other conditions, 24-hour house arrest with electronic monitoring, with permission to leave the residence for employment and other pre-approved absences; and

WHEREAS, Mr. Delaney seeks to attend his family's Christmas festivities from 10:00 a.m. to  p.m. to 10:00 p.m. at his mother's home located at 1211 10th Avenue, Neptune, New Jersey; and

WHEREAS, Mr. Delaney is in compliance with the release conditions previously set by this Court, and for good cause shown,

IT IS, on this 17th day of December, 2021, ORDERED that the release conditions shall be temporarily modified as follows:

1. Mr. Delaney shall be permitted to leave his residence at 10:00 a.m. on December 25, 2021;

2. Mr. Delaney shall go directly to his mother's residence at 1211 10th Street in Neptune, New Jersey;

3. Mr. Delaney shall remain at his mother's residence at all times until he goes directly back to his residence at 10:00 p.m.

4. All other conditions shall remain the same.

                                                                                       _____
Douglas E. Arpert
United States Magistrate Judge