UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Douglas E. Arpert |
| | : | Mag. No. 21-6037 |
| v. | : | |
| | : | CONSENT ORDER FOR |
| Antonio Delaney | : | TEMPORARY MODIFICATION OF |
| | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Antonio Delaney, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Christopher Matthews, Assistant United States Attorney) consenting, for an Order temporarily modifying Mr. Delaney's bail release conditions; and Pretrial Services (by Edna Galarza, Pretrial Services Officer), having no objection, and

WHEREAS, bail release conditions were imposed on October 6, 2021 by this Court; and

WHEREAS those bail conditions require, among other conditions, 24-hour house arrest with electronic monitoring, with permission to leave the residence for employment and other pre-approved absences; and

WHEREAS, Mr. Delaney seeks to take his children to dinner at Ichiban restaurant on Route 35 in Holmdel, New Jersey; and

WHEREAS, Mr. Delaney is in compliance with the release conditions previously set by this Court, and for good cause shown,

IT IS, on this __7th__ day of January, 2022, ORDERED that the release conditions shall be temporarily modified as follows:

1. Mr. Delaney shall be permitted to take his children to dinner at Ichiban restaurant, located on Route 35 in Holmdel, New Jersey, from 7:00 p.m. to 9:00 p.m. on January 7, 2022;

2. Mr. Delaney shall be permitted to pick up and drop off his children before and after dinner and shall provide the address for his children's residence to pretrial services prior to leaving his residence.

3. Mr. Delaney shall not be permitted to stop at any other location.

4. All other conditions shall remain the same.

_____
Douglas E. Arpert
United States Magistrate Judge