UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Douglas E. Arpert |
| | : | Mag. No. 21-6037 |
| v. | : | |
| | : | CONSENT ORDER FOR |
| Antonio Delaney | : | TEMPORARY MODIFICATION OF |
| | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Antonio Delaney, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Christopher Matthews, Assistant United States Attorney) consenting, for an Order temporarily modifying Mr. Delaney's bail release conditions; and Pretrial Services (by Edna Galarza, Pretrial Services Officer), having no objection, and

WHEREAS, bail release conditions were imposed on October 6, 2021 by this Court; and

WHEREAS those bail conditions require, among other conditions, 24-hour house arrest with electronic monitoring, with permission to leave the residence for employment and other pre-approved absences; and

WHEREAS, Mr. Delaney seeks to take his daughter to dinner for her birthday; and

WHEREAS, Mr. Delaney is in compliance with the release conditions previously set by this Court; and for good cause shown,

IT IS, on this  22nd  day of February, 2022, ORDERED that the release conditions shall be temporarily modified as follows:

1. Mr. Delaney shall be permitted to leave his residence for the purpose of taking his daughter out for dinner for her birthday on a date and time pre-approved by pretrial services;

2. Mr. Delaney shall go directly to the restaurant, which is to be pre-approved by pretrial services;

3. Mr. Delaney shall remain at the restaurant for the duration of the reservation and shall directly return to his residence after dinner.

4. All other conditions shall remain the same.

_____
Douglas E. Arpert
United States Magistrate Judge