UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | Mag. No. 21-6037 |
| v. | : | |
| | : | CONSENT ORDER FOR |
| ANTONIO DELANEY | : | MODIFICATION OF |
| | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Antonio Delaney, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Christopher Matthews, Assistant United States Attorney) consenting, for an Order modifying Mr. Delaney's bail release conditions; and Pretrial Services (by Edna Galarza, Pretrial Services Officer), having no objection, and

WHEREAS, bail release conditions were imposed on October 6, 2021 by this Court; and

WHEREAS those bail conditions require, among other conditions, 24-hour house arrest with electronic monitoring, with permission to leave the residence for employment and other pre-approved absences; and

WHEREAS, Mr. Delaney is in compliance with the release conditions previously set by this Court, and for good cause shown,

IT IS, on this 11th day of March, 2022, ORDERED that the release conditions shall be modified as follows:

1. Mr. Delaney shall remain on location monitoring as a condition of his release;
2. Mr. Delaney shall be placed on a curfew with the hours to be set by Pretrial Services.

3.  All other conditions shall remain the same.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge